COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Satterfield & Pontikes Construction, Inc. v. Texas Southern University, Jim McShan, and Greg Williams

Appellate case number:   01-14-00596-CV

Trial court case number:   2014-12277

Trial court:                      334th Judicial District Court of Harris County

On August 1, 2014, appellant, Satterfield & Pontikes Construction, Inc., filed an emergency motion for temporary relief under Texas Rules of Appellate Procedure 29.3 and 10.3(a)(3). Appellant requested that we enjoin appellee Texas Southern University ("TSU") from continuing to fulfill any obligations under its contract with non-party Pepper-Lawson Construction LP/Horizon Group International, LLC, until the resolution of appellant's pending appeal of the trial court's interlocutory order granting TSU's plea to the jurisdiction. The Court requested and received a response to the emergency motion for temporary relief from TSU.

The standard to obtain temporary relief pending an interlocutory appeal under what is now Texas Rule of Appellate Procedure 29.3 is analogous to an injunction to protect our jurisdiction under Texas Government Code Annotated § 22.221, which includes showing "compelling circumstances which establish the necessity for the injunction to issue. . . ." *Lamar Builders, Inc. v. Guardian Sav. & Loan Ass'n*, 786 S.W.2d 789, 791 (Tex. App.—Houston [1st Dist.] 1990, no writ). We have jurisdiction to issue writs only as necessary to enforce and protect our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a) (West 2004). We may not, however, issue an injunction on wholly equitable grounds or to preserve the status quo or, as here, to protect a party from damage pending appeal. *See EMW Manufacturing Co. v. Lemons*, 724 S.W.2d 425, 426 (Tex. App.—Fort Worth 1987, orig. proceeding); *Parsons v. Galveston County Emp. Credit Union*, 576 S.W.2d 99, 99 (Tex. Civ. App.—Houston [1st Dist.] 1978, no writ).

Accordingly, we DENY the motion. *See* TEX. R. APP. P. 29.3. Appellant's brief remains due by September 2, 2014.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                 ☒  Acting individually

Date:  August 28, 2014